[No. 4561–7–III.   Division Three.   November 10, 1981.]

HANNA MINING COMPANY, ET AL, *Respondents,* v. KARL
E. RADER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 31856, Charles W. Cone, J., entered October 20, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 3736–3–III.   Division Three.   November 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH
ALLEN HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–1–00037–1, William J. Grant, J., entered October 25, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 4053–4–III.   Division Three.   November 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY
JAMES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–1–00197–9, Howard Hettinger, J., entered June 27, 1980. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.

[No. 4012–7–III.   Division Three.   November 10, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. HARREL
ROUNDS, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 6740, B. E. Kohls, J., entered June 2, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.